IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUN -9 P 2:04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| RONALD HANCOCK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:05CV550-M |
| DANA CORPORATION, a corporation; DANA CORPORATION WELFARE PLANS COMMITTEE, | ) |
| Defendants. | ) |

## COMPLAINT

**COME NOW**, Plaintiff, by and through undersigned counsel, and hereby complain of Defendants as follows:

1. The Plaintiff, Ronald Hancock, is over 19 years of age and resides in Montgomery County, Alabama.

2. The Defendant, Dana Corporation, is a corporation which does business in Montgomery, Alabama.

3. The Defendant, Dana Corporation Welfare Plans Committee, is believed to be an affiliate, subsidiary, agent or division of the Defendant Dana Corporation, and who reviews decisions of Dana Corporation with respect to eligibility of employees to receive benefits under Defendant Dana Corporation's benefit plans such as short-term disability, long-term disability and health and medical care.

## JURISDICTION AND VENUE

4. This is a cause of action to determine the rights of the parties under insurance group policies or plans which were issued or sponsored by the Defendant, Dana Corporation, of which the Plaintiff, Ronald Hancock, was a beneficiary and participant, which said insurance policies or plans are governed by the Employee Retirement Income Security Act of 1974 (ERISA) and, therefore, this civil action arises under the laws of the United States. Therefore, this Court has jurisdiction of this matter pursuant to 42 U. S. C. §1331.

5. Venue is proper in the Northern Division of the Middle District of Alabama since this cause of action arises out of group insurance policies or plans of the Plaintiff, Ronald Hancock's employer which has a place of business in Montgomery, Alabama, and the Plaintiff worked for the Defendant out of Montgomery, Alabama.

### III. COUNT ONE

**COMPLAINT FOR DECLARATORY JUDGMENT AND
TO DECLARE THE RIGHTS OF THE PARTY**

6. The Defendant, Dana Corporation is the employer and Plan Sponsor of a welfare, health care, disability and life insurance plan or insurance policy which provides short-term disability benefits, long-term benefits, health care and medical care benefits and life insurance benefits which is the subject matter of this cause of action. Further, the Director of the Dana Benefits and Payroll Services, which is a division of Dana Corporation, is the Plan Administrator of the aforesaid insurance policies or benefit plans.

7. The Defendant, Dana Corporation Welfare Plans Committee reviews decisions of Dana Corporation and/or Dana benefits and Payroll Services regarding claims of employees pursuant to the aforesaid insurance policies or benefit plans.

8. The Plaintiff, Ronald Hancock, was an employee of the Defendant Dana Corporation and was covered under the aforesaid short term disability policy or plan, long term disability policy or plan, and health and medical care policy or plan issued and sponsored by the Defendants and for which the Defendants were the Plan Administrator.

9. The Plaintiff Ronald Hancock became permanently totally disabled while he was employed by the Defendant, Dana Corporation, on or about May 28, 2003, and since that date Mr. Hancock has not returned to active work because of his disability.

10. The Plaintiff's disability began while he was employed at the Defendant, Dana Corporation, and he has ever since been disabled. Further, Mr. Hancock was never able, and has never been able to return to work for Dana Corporation or a company named Standard Motor Products to whom Dana sold a portion of its business. The Defendant, Dana Corporation, through its agents and employees, told the Plaintiff, Ronald Hancock, after he had already applied for disability benefits, that if he did not sign the forms for Standard Motor Products, that the Plaintiff would lose his entitlement to all his employment benefits, and that the benefits from Standard Motor products were as good or better as Dana Corporation's. Although the Defendant, Dana Corporation, was an ERISA fiduciary who was aware of the Plaintiff, Ronald Hancock's status and situation, the Defendant's aforesaid representations were false and the defendant knew that they were going to deny Mr. Hancock's claims for benefits claiming that he was no longer an employee of Dana Corporation but instead an employee of Standard Motor Products.

11. The Plaintiff, Ronald Hancock, is entitled to long term disability benefits because the disability which prevents him from performing any and every duty of an occupation or employment for which he was reasonably qualified by education, training or experience, began when he was employed by the Defendant, Dana Corporation, and he has not physically returned to work since that time, and has been awarded social security disability.

12. As a further result of the Defendants wrongfully denying the Plaintiff's long term disability benefits, the defendants are denying the Plaintiff's health care and medical benefits.

13. The Plaintiff has met all criteria for long term disability benefits.

14. The Plaintiff has made a proper claim with the Defendants for his long term disability benefits but has been denied.

15. The Plaintiff is entitled to rights and benefits under the terms of the employee benefit plans, namely, the aforesaid long term disability plan and the medical and health care plan.

16. The Defendants have denied the Plaintiff the rights and benefits that Plaintiff claimed and was entitled to receive under the terms of the employee benefit plan, namely, the aforesaid long term disability plans and medical and health care plans.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Court:

1. Will award the Plaintiff all benefits due from the Defendants and enforce Plaintiff's rights under the terms of the employee benefit plan, and clarify Plaintiff's rights to future benefits owed under the terms of the employee benefit plans.

2. Grant the Plaintiff such equitable relief and remedies to which he may be entitled against the Defendant, Dana Corporation, for their breach of fiduciary duties, and

3. Award a reasonable attorney's fee against the Defendants.

Respectfully submitted this _9th_ day of June, 2005.

_____
KENNETH SHINBAUM (SHI006)

ATTORNEY FOR PLAINTIFF

OF COUNSEL:
McPhillips Shinbaum, L.L.P.
516 S. Perry Street
Post Office Box 64 (36101-0064)
Montgomery, Alabama 36104
Telephone: 334/262-1911
Facsimile: 334/263-2321

## NOTICE CONCERNING SERVICE OF PROCESS

The following defendants are being served by certified mail at the following addresses:

1. Dana Corporation
   c/o Eric D. Britton, Esq.
   Shumaker, Loop & Kendrick, LLP
   North Courthouse Square
   1000 Jackson
   Toledo, OH 43624-1573

2. Dana Corporation Welfare Plans Committee
   c/o Mr. Ron Prebe
   Post Office Box 433
   Toledo, Ohio 43697