AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Ronald Hancock

V.

Dana Corporation, a corporation; and Dana Corporation Welfare Plans Committee

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05-CV-0550-VPM

TO: (Name and address of Defendant)

Dana Corporation
c/o Eric D. Britton, Esq.
Shumaker, Loop & Kendrick, LLP
N. Courthouse Square
1000 Jackson
Toledo, OH 43697

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth Shinbaum, Esq.
McPhillips Shinbaum, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

an answer to the complaint which is served on you with this summons, within 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

June 15, 2005

DATE

Deana M. Norfleet

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Ronald Hancock

V.

Dana Corporation, a corporation; and Dana Corporation Welfare Plans Committee

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05-cv-0550-VPM

TO: (Name and address of Defendant)

Dana Corporation Welfare Plans Committee
c/o Mr. Ron Prebe
Post Office Box 433
Toledo, OH 43697

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth Shinbaum, Esq.
McPhillips Shinbaum, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

an answer to the complaint which is served on you with this summons, within 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

June 15, 2005
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ________________________________
Date *Signature of Server*

________________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2:05cv550-VPM

7002 2030 0005 9693 4682

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

2:05CV550
6-15-05

Sent To: Dana Corporation
c/o Eric D. Britton, Esq.
Street, Apt. No or PO Box No.: Shumaker, Loop & Kendrick, LLP
N. Courthouse Square
City, State, ZIP: 1000 Jackson
Toledo, OH 43624-1573

PS Form 3800,

7002 2030 0005 9693 4699

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

6-15-05
2:05CV550

Sent To: Dana Corporation Welfare Plans Committee
c/o Mr. Ron Prebe
Street, Apt. No., or PO Box No.: Post Office Box 433
City, State, ZIP: Toledo, OH 43697

PS Form 3800.