Hancock

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dana Corporation
c/o Eric D. Britton, Esq.
Shumaker, Loop & Kendrick, LLP
N. Courthouse Square
1000 Jackson
Toledo, OH 43624-1573

2:05CV550-m (cmp + summ 20 dys)

2. Article Number
   (Transfer from service label)    7002 2030 0005 9693 4682

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Christine Mejia
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Christina Mejia    6-18-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes