Hancock

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dana Corporation Welfare Plans Committee
c/o Mr. Ron Prebe
Post Office Box 433
Toledo, OH 43697

2. Article Number
(Transfer from service label)

2:05CV0550-VPM (cmp & summs 20 dys)

7002 2030 0005 9693 4699

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Albert Moor
☐ Agent
☐ Addressee

B. Received by (Printed Name)

Date of Delivery: JUN 2 0 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☑ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540