# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **RONALD HANCOCK**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:05-CV-550-M** |
| **DANA CORPORATION**, a corporation; ) | |
| **DANA CORPORATION WELFARE** ) | |
| **PLANS COMMITTEE**, ) | |
| ) | |
| Defendants. ) | |

### UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Dana Corporation moves this Court for an extension of time to file a responsive pleading such that a responsive pleading. As grounds for this motion, Dana Corporation states as follows:

1. The current deadline for a responsive pleading to the complaint is July 5, 2005.

2. Undersigned counsel has been retained to represent Dana Corporation in this action.

3. Additional time is needed to investigate plaintiff's allegation and prepare an appropriate responsive pleading.

4. Plaintiff's counsel has no objection to a two-week extension of the deadline for filing a responsive pleading.

5. A two-week extension will work no prejudice on any party and will allow Dana Corporation's counsel time to review the facts and law. By making such motion, Dana Corporation does not waive any defenses and instead expressly reserve all rights.

778423.1

WHEREFORE, PREMISES CONSIDERED, Dana Corporation respectfully requests the responsive pleading deadline be moved to July 19, 2005.

/s/ Leslie M. Allen
Attorney for Defendants

**OF COUNSEL:**

Leslie M. Allen (ALL050)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 5th day of July, 2005:

Kenneth Shinbaum
McPhillips Shinbaum, LLP
516 S. Perry Street
Post Office Box 64
Montgomery, Alabama 36101-0064

/s/ Leslie M. Allen
OF COUNSEL