IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv550-M |
| | ) |
| DANA CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Unopposed Motion to Extend Time to File Responsive Pleading (Doc. #5), filed on 5 July 2005, and for good cause, it is

ORDERED that the motion is GRANTED. The defendants shall file a responsive pleading to the plaintiff's complaint on or before 19 July 2005.

Done this 8th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE