4/1/92

DANA CORPORATION
LONG TERM DISABILITY BENEFITS PLAN
(hereinafter referred to as the "Plan")
Amended as of April 1, 1992

As of August 1, 1986, this Plan supersedes and replaces the Dana Corporation Health and Welfare Fund Long Term Disability Benefits Plan, as originally adopted August 7, 1972, and as amended from time to time thereafter (the "Prior Plan"). The Prior Plan was administered by the Health and Welfare Fund Trustees and was included in the Dana Corporation Health and Welfare Fund, an I.R.C. Section 501(c)(9) trust.

Effective August 1, 1986, administrative and claims responsibilities under the Plan will be assigned to the Servicing Organizations. Initially, the John Hancock Mutual Life Insurance Company and the Metropolitan Insurance Company will serve as the Servicing Organizations under the Plan. Because of the assignment of benefit payment and administrative duties to the Servicing Organizations, the Plan is not included in the Dana Corporation Health and Welfare Fund.

Effective April 1, 1992, the Plan was amended in order to recognize the fact that the Company's long-term disability benefits program for salaried and non-bargained hourly employees was amended as a result of the adoption of the Dana Corporation Flexible Benefits Plan ("Beneflex").

Section 1.   Definitions

(a)   The term "Administrator" shall mean Dana Corporation.

(b)   Effective April 1, 1992, the term "Company" as used in this Plan means any division or location of Dana Corporation or any subsidiary or affiliate, or any location of any subsidiary or affiliate of Dana Corporation which agrees to be bound by the terms and conditions of Beneflex. In addition, the Warner Electric Brake and Clutch and Wix Divisions of the Company and the Axle Division's Cape Girardeau, Missouri plant shall be deemed to be included within the definition of "Company" and shall be bound by the terms of this Plan, regardless of the fact that they have not adopted Beneflex.

(c)   The term "Dana" shall mean Dana Corporation, and any of its subsidiaries and affiliates.

(d)   The term "Earnings" means an Employee's current regular base salary or monthly base hourly rate in effect each October 1st, but excluding shift differential and Company

contributions to the Dana Corporation Employees' Stock Purchase Plan. "Earnings" shall include the amount of award, if any, paid to the Employee in the most recent twelve-month period under Dana's Additional Compensation Plan divided by twelve. "Earnings" shall be determined prior to any reduction representing compensation deferral contributions made on behalf of the Employee pursuant to any employee benefit plan of the Company, in accordance with Section 401(k) of the Internal Revenue Code.

(e) The term "Employee" as used in this Plan means a full-time, non-bargaining hourly employee of the Company or a salaried employee of the Company on the payroll.

(f) The term "Monthly Benefit" means the benefits payable under the Plan by reason of an Employee's Total Disability.

(g) The term "Servicing Organization" means any insurance company or other entity appointed by Dana to administer and review claims for benefits under this Plan. The Servicing Organizations initially appointed under the Plan shall be the John Hancock Mutual Life Insurance Company and the Metropolitan Life Insurance Company.

(h) The terms "Totally Disabled" or "Total Disability" shall mean a disability which wholly prevents the Employee from engaging in any and every gainful occupation for which he is reasonably qualified by education, training or experience, and the Employee cannot earn a living through any other means.

(i) The term "Waiting Period" means the period commencing with the first day the Employee is Totally Disabled and ending on the date on which the Employee ceases to receive salary under Dana's Wage Continuation Plan during disability and Sickness and Accident and Health Insurance Weekly Benefits under Dana's Group Insurance Plan on account of such disability.

Section 2.   Eligibility of Participation

An Employee will become eligible to participate under the Plan effective on the first day of the third month following the Employee's date of hire with the Company, provided he is actively working at that time. If he is not then actively at work as an Employee, he will become eligible on the date he returns to active employment.

Section 3.  Eligibility for Benefits

When the Servicing Organization receives notice and due proof, as required herein, that any eligible Employee has become Totally Disabled and that such disability has existed for a continuous period equal to the Waiting Period, and that, at the expiration of such Waiting Period following the commencement of such disability the Employee is Totally Disabled, the Servicing Organization shall pay to the Employee the amount of the Employee's Monthly Benefit in force hereunder at the date of commencement of such disability during the continuance thereafter of such Total Disability. Payment of Monthly Benefits is subject to the following provisions and limitations:

    (a)  In no case shall Monthly Benefits be payable:

        (i)  (a)  for any period of Total Disability after the last day of the last calendar month in which such Employee takes early retirement or reaches his sixty-fifth (65th) birthday, provided the Employee becomes Totally Disabled prior to becoming sixty (60) years of age;

            (b)  in the case of an Employee who became Totally Disabled on or after becoming sixty (60) years of age, Monthly Benefits would only be continued until the earlier of retirement, return to work, until the Employee is no longer Totally Disabled, or until he has received Monthly Benefits for the periods described in the following Schedule:

| Age When Employee Becomes Totally Disabled | Duration of Benefits |
|---|---|
| 60-65 | 5 years |
| 66 | 4 years and 6 months |
| 67 | 4 years |
| 68 | 3 years and 6 months |
| 69 | 3 years |
| 70 | 2 years and 9 months |
| 71 | 2 years and 6 months |
| 72 | 2 years and 3 months |
| 73 | 2 years |
| 74 | 1 year and 9 months |
| 75 | 1 year and 6 months |
| 76 | 1 year and 3 months |
| 77 or older | 1 year |

        (ii)  subsequent to the termination of this Plan by Dana Corporation,

      (iii) on or after the date the Employee fails to furnish due proof, as required by the Servicing Organization, of the continuance of Total Disability,

      (iv) for any period during which the Employee is engaged in any gainful occupation, or

      (v) for any period of disability resulting from intentionally self-inflicted injury, act of war (declared or undeclared) or insurrection.

  (b) If the Employee returns to active work with Dana following a period of disability for which Monthly Benefits have been paid under this Plan, but becomes disabled again within three months following the date of such return to active work, such disability shall be considered a continuation of the previous disability.

Section 4. Schedule of Benefits

  (a) The Monthly Benefits payable to any Employee whose benefits commenced prior to April 1, 1992, shall be determined under the terms of the Plan as in existence on March 31, 1992, and shall be paid under this Plan on and after April 1, 1992.

  (b) The Monthly Benefits payable to any Employee whose benefits commence after March 31, 1992, shall be determined in accordance with the following Schedule:

|  | FLEX OPTION 1 | FLEX OPTION 2 | FLEX OPTION 3 |
|---|---|---|---|
| Amount of Monthly Benefit | Up to 40% of Employee's monthly Earnings | Up to 50% of Employee's monthly Earnings | Up to 60% of Employee's monthly Earnings |
| Maximum Monthly Benefit from all sources (including) workers' compensation benefits and Social Security) | None | 70% of Employee's monthly Earnings | 75% of Employee's monthly Earnings |
| Maximum Monthly Benefit | $1,000 | None | None |

The Monthly Benefits payable to any Employee as described in the above Schedule, shall be based on the Employee's monthly Earnings as of the October 1st preceding the date the Total Disability commences. If the Monthly Benefit is not a multiple of $5.00, it shall be raised to the next higher multiple of $5.00. An Employee's Monthly

        Benefits are calculated by multiplying his monthly Earnings by the level of coverage elected by the Employee under Beneflex.

(c) The Monthly Benefits otherwise provided for any period of Total Disability shall be reduced by the aggregate of the following amounts (items (i) through (iii), below) paid or payable for the same period of Total Disability or any part of that period of disability. However, the reduction is only to the extent of the amount, if any (or if such period of disability is less than one month, the proportionate part of the amount, if any) by which the sum of (1) the amount of the Employee's Monthly Benefit, and (2) the aggregate of the monthly equivalents of each of the amounts specified in the following items (i) through (iii) exceeds 70% (if the Employee elected Flex Option Two) or 75% (if the Employee elected Flex Option Three) of the Employee's monthly Earnings, as determined by the Company.

    (i)    The amount of any absent-time pay or salary continuance paid from a regular payroll;

    (ii)   the amount of any weekly or monthly benefits paid or payable to the Employee for time lost from work under any Workers' Compensation or occupational disease law, or from any fund, insurance, or other arrangement, provided or established in conformity with any state or other governmental disability or sickness benefit law; and

    (iii)  the amount of any Primary and Family Social Security Benefits for which the Employee is (or upon making timely and proper request and submitting due proof would be) eligible.

        No subsequent increases in Social Security Benefits resulting from cost-of-living increases will be used as a further reduction for any Employee whose benefit commencement date occurs prior to the effective date of any such Social Security increase.

        The 70% and 75% limits specified in Paragraph 4(c), above, shall not apply to subsequent Social Security increases, nor shall they apply to the benefit described in Section 4(d).

(d) Any disabled Employee actually enrolled in Part B of Medicare shall also receive an additional monthly benefit equal to the actual premium cost for the Employee for Part B of Medicare. However, such benefit shall not include any penalty amounts due to delayed or late enrollment.

Section 5.  **Payment of Benefits**

Subject to due proof of claim, the Monthly Benefits shall be paid to the Employee each calendar month during any period of Total Disability for which such benefits are payable. Any such benefits due for periods other than a whole calendar month shall be such a proportion of the Monthly Benefit as the number of work days that the Employee is disabled in such calendar month bears to the entire number of work days in that calendar month. Work days as used in the preceding sentence shall include only those in the base work week but not excluding any holidays falling within the base work week.

Section 6.  **Cessation of Benefits**

(a) An Employee's eligibility for the long term disability benefits provided under this Plan shall automatically cease on the date of termination of employment. Termination of employment, for the purposes of long term disability benefits, means cessation of active work as an Employee, except that in the case of an Employee's absence from active work because of sickness or injury, his employment may, for purposes of his long term disability benefits, be deemed to continue until terminated by Dana, or until he retires. In the case of the above exceptions, long-term disability benefits for such Employee shall automatically cease on the date such termination of his employment by Dana occurs, or on the date he retires.

(b) Except as otherwise provided in Section 3(a)(i), long-term disability benefits under this Plan for any Employee shall automatically cease on the last day of the calendar month in which the Employee's sixty-fifth (65th) birthday occurs.

(c) In any event, all long term disability benefits under this Plan shall cease immediately upon termination of this Plan by Dana Corporation, or upon the effective date of any amendment discontinuing such benefits.

Section 7.  **Legally Incompetent**

If any Employee eligible to receive benefits under the Plan is, in the judgment of the Servicing Organization, legally incapable of personally receiving and giving a valid receipt for any payment due him hereunder, the Servicing Organization may, unless and until claim shall have been made by a guardian or conservator of such person duly appointed by a court of competent jurisdiction, direct that such payment, or any part thereof, be made to such person or to such person's spouse, child, parent, brother or sister, or other

person the Servicing Organization determines to be a proper person to receive such payment.

Section 8. <u>Payments After Death</u>

When an Employee receiving benefits dies, any benefits owed to that Employee under the Plan at the time of the Employee's death will be paid in the following order of priority:

    (a) first, to the Employee's surviving spouse, if any;

    (b) second, to the surviving children (including legally adopted children), per stirpes;

    (c) third, to the executor or administrator of the Employee's estate.

<u>Section 9. Claims Procedures</u>

    (a) Written notice of injury or sickness on which a claim may be based must be given to the Servicing Organization within six (6) months after the date of commencement of disability resulting from such injury or sickness. Proof of such injury or sickness must be furnished to the Servicing Organization no later than ninety (90) days after the commencement of the period for which Monthly Benefits are payable hereunder.

    Upon receipt of the notice required by this Plan, the Servicing Organization will furnish forms for filing proofs of claim. If such forms are not received by the claimant within fifteen (15) days after the Servicing Organization receives such notice, the claimant shall be deemed to have complied with the requirements of this Plan as to proof of claim upon submitting, within the time fixed in this Plan for filing proofs of claim, written proof covering the occurrence, character and extent of the disability for which claim is made.

    Failure to furnish notice or proof within the time provided in this Plan shall not invalidate or reduce any claim if it shall be shown not to have been reasonably possible to furnish such notice or proof and that such notice or proof was furnished as soon as was reasonably possible.

    (b) The Employee shall, on demand from the Servicing Organization, when and so often as it may reasonably require, furnish proof of the continuance of Total Disability while long term disability Monthly Benefits are being claimed hereunder.

   (c)   The Servicing Organization shall have the right and opportunity to have a physician designated by it to examine the person of the Employee when and so often as it may reasonably require while Monthly Benefits are being claimed under this Plan.

   (d)   No action at law or in equity shall be brought to recover any benefits, damages or other relief from this Plan prior to the expiration of sixty (60) days after proof of claim has been filed in accordance with the requirements of this Plan, nor shall such action be brought at all unless brought within three (3) years from the expiration of the time within which proof of claim is required by this Plan.

   (e)   The Servicing Organization and the Administrator shall have the power to interpret the Plan and to decide any and all matters arising hereunder; including but not limited to the right to remedy possible ambiguities, inconsistencies or omissions by general rule or particular decision; provided, that all such interpretations and decisions shall be applied in a uniform and nondiscriminatory manner to all Employees similarly situated. In addition, any interpretations and decisions made by the Servicing Organization or the Administrator shall be final, conclusive and binding upon any persons who have or who claim to have any interest in or under the Plan.

### Section 10. Appeals Procedures

In the event the Employee's claim for benefits is partially or wholly denied, the reasons for the denial shall be specifically set forth by the Servicing Organization in writing, pertinent provisions of the Plan shall be cited and, where appropriate, an explanation as to how the claimant can perfect the claim will be provided. This notice of denial of benefits will be provided within 90 days of the Servicing Organization's receipt of the Employee's claim for benefits. If the Servicing Organization fails to notify the claimant of its decision regarding his claim, the claim shall be considered denied, and the claimant shall then be permitted to proceed with his appeal as provided in this Section.

An Employee who has been denied a benefit shall be entitled to appeal this denial of his claim by filing a written statement of his position with the Servicing Organization no later than sixty (60) days after receipt of the written notification of such claim denial. The Servicing Organization shall schedule an opportunity for a full and fair review of the issue within thirty (30) days of receipt of the appeal.

Following its review of any additional information submitted by the claimant, either through the hearing process or otherwise, the

Servicing Organization shall render a decision on its review of the denied claim in the following manner:

(a) The Servicing Organization shall make its decision regarding the merits of the denied claim within 60 days following receipt by the Servicing Organization of the request for review (or within 120 days after such receipt, in a case where there are special circumstances requiring extension of time for reviewing the appealed claim). It shall deliver the decision to the claimant in writing. If the decision on review is not furnished within the prescribed time, the claim shall be deemed denied on review.

(b) The decision on review shall set forth specific reasons for the decision, and shall cite specific references to the pertinent Plan provisions on which the decision is based.

Section 11. Administration

The Administrator shall be responsible for the administration of the Plan. The Administrator may delegate to the Servicing Organization any administrative duties it chooses, provided that the Servicing Organization is notified in advance of those duties it is expected to perform. The Administrator shall notify each Employee of the Servicing Organization which shall be responsible for handling his claims for benefits.

Section 12. Responsibility of Servicing Organization

The Servicing Organization will perform eligibility reviews, make benefit payments, and perform such other services for the Administrator as are set forth in the Plan or in any separate administrative service agreements entered into by the Servicing Organizations and the Administrator.

Section 13. Amendment and Termination

Dana Corporation, acting through the Director of Dana Benefits Service, reserves the right, by execution of a written instrument to alter, amend or terminate this Plan at any time and from time to time, and no Employee or any other person, whether or not then absent from work because of injury or sickness, shall have any right, title, interest or claim, legal or equitable, in or to any benefit payable under this Plan or against Dana, its stockholders, its directors, its officers, or its employees, or against a Servicing Organization. Any amendment and/or termination document must be executed by the Director of Dana Benefits Service, and maintained with this Plan.

IN WITNESS WHEREOF, Dana Corporation has caused this amended Plan to be adopted on this 30 day of August 1994.

                                                DANA CORPORATION

                                                Director - Dana Benefits Service

kff\MAS0630