IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 2:05cv550-A |
| DANA CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss (Doc. #8), filed on July 19, 2005, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before August 9, 2005** why the motion should not be granted. The Defendants shall have **until August 16, 2005**, to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 19th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE