IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:05cv550-A |
| ) | |
| DANA CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ADMISSION OF NOAH GORDON LIPSCHULTZ PRO HAC VICE

Defendant, Dana Corporation, requests that this Court grant Noah Gordon Lipschultz, Seyfarth Shaw, LLP, Leave to appear pro hac vice in order to represent Dana Corporation in the above-styled suit.

1. Attached hereto as Exhibit A is a certificate from the United States District Court for the Northern District of Illinois showing that Noah Gordon Lipschultz is a member in good standing of the Illinois Bar and duly authorized to practice in that court.

2. The law firm of Balch & Bingham LLP, and particularly Leslie M. Allen, who is admitted to practice in this court, will serve as local counsel representing Dana Corporation in the above styled mater.

3. Noah Gordon Lipschultz has reviewed and is familiar with the Uniform Rules of the United States District Courts for the Northern District of Alabama.

Based on the foregoing, defendant respectfully requests that the Court allow Noah Gordon Lipschultz to appear pro hac vice for the purpose of representing Dana Corporation in the above styled action.

782644.1

/s/ Leslie M. Allen
One of the Attorneys for Defendant

**OF COUNSEL:**

Leslie M. Allen (ALL050)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 28th day of July, 2005:

Kenneth Shinbaum, Esq.
McPhillips Shinbaum, LLP
Post Office Box 64
Montgomery, AL 36101-0064

, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ian H. Morrison
Noah G. Lipschultz
SEYFARTH SHAW, LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603

/s/ Leslie M. Allen
OF COUNSEL