# EXHIBIT A



## Certificate of Good Standing

### United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Noah Gordon Lipschultz

was duly admitted to practice in this Court on    December 20, 2001

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on                Michael W. Dobbins, Clerk of Court

July 8, 2005

by    Vettina Franklin

Deputy Clerk