# EXHIBIT A



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Ian H. Morrison

was duly admitted to practice in this Court on     March 6, 1998

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on            Michael W. Dobbins, Clerk of Court

July 8, 2005                         by Vettina Franklin
                                         Deputy Clerk