IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv550-A |
| | ) |
| DANA CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the motions for admission pro hac vice (Docs. #11and 12), filed on behalf of Noah Gordon Lipschultz and Ian H. Morrison on July 28, 2005, and it appearing that Noah Gordon Lipschultz and Ian H. Morrison are members in good standing of the United States District Court for the Northern District of Illinois, it is ORDERED that the motions be and the same are hereby **GRANTED**.

DONE this 29th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE