**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **RONALD HANCOCK,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**DANA CORPORATION, et al.,** )<br>)<br>    **Defendants.** ) | **CIVIL ACTION NO. 2:05cv550-A** |

**MOTION TO AMEND COMPLAINT**

COMES NOW the Plaintiff, Ronald Hancock, and moves this Court to allow him to amend his Complaint to read as the Amended Complaint attached hereto and as grounds therefore states as follows:

1.    The original Complaint which Plaintiff filed was a cause of action to determine the rights of the parties under an insurance group policy which was issued by the Defendants of which the Plaintiff, Ronald Hancock, was a beneficiary and participant, which said insurance policy was governed by the Employee Retirement Income Security Act of 1974 (ERISA) and, therefore, this civil action arises under the laws of the United States.

2.    The Defendants contend in their Motion to Dismiss, that the Plaintiff does not have standing to bring the aforesaid cause of action under ERISA.

3.    In the case of <u>Hobbs v. BlueCross and BlueShield</u>, 276 F.3d 1236, 1240 (11th Cir. 2001), the Court stated that under the doctrine of complete preemption, a plaintiff must have standing to sue under a relevant ERISA plan before a state law claim can be re-characterized as arising under federal law, subject to federal jurisdiction.

4.    Therefore, in the event the Plaintiff, Ronald Hancock, does not have standing to bring the aforesaid ERISA claim, then in such an event, his state law claims would not be preempted by ERISA.

5.    The Plaintiff desires to amend his Complaint to add state law claims which will not be preempted in the event he does not have standing to bring the aforesaid ERISA claim.

Respectfully submitted this 9th day of August, 2005.


/s/ Kenneth Shinbaum (SHI006)

ATTORNEY FOR PLAINTIFF


OF COUNSEL:
MCPHILLIPS SHINBAUM, L.L.P.
516 S. Perry Street
Post Office Box 64 (36101-0064)
Montgomery, Alabama 36104
Telephone:  334/262-1911
Facsimile:  334/263-2321


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following on this the 9th day of August, 2005:

Leslie M. Allen, Esq.
Balch & Bingham, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

, and I hereby certify that I have mailed by United States Postal Service the document to the

following non-CM/ECF participants:

Ian H. Morrison, Esq.
Noah G. Lipschultz, Esq.
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603


                                                    /s/ Kenneth Shinbaum
                                                    OF COUNSEL