IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv550-A |
| DANA CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion to Amend Complaint (Doc. #14), filed by the Plaintiff on August 9, 2005, it is hereby

ORDERED that this motion will be held in abeyance pending determination of the Defendants' Motion to Dismiss (Doc. #8), filed on July 19, 2005.

DONE this 15th day of August, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE