IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:05cv550-A |
| vs. | ) |
| DANA CORPORATION AND DANA WELFARE PLANS COMMITTEE, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Defendants' Motion to Dismiss and the submissions of the parties in support of and in opposition to that motion, it appears to the court that there is an Eleventh Circuit decision, <u>Hamilton v. Allen-Bradley Co., Inc.</u>, 244 F.3d 819 (11th Cir. 2001), which may have some bearing on the issues raised by the motion.

Accordingly, it is hereby ORDERED that the parties file supplemental briefs on or before August 31, 2005, which discuss the <u>Hamilton</u> decision. The court is particularly interested in the parties' position on whether the finding of standing on page 826 of the <u>Hamilton</u> opinion has any applicability in this case.

Done this 22nd day of August, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE