IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:05cv550-A |
| vs. | ) |
| | ) |
| DANA CORPORATION AND DANA | ) |
| WELFARE PLANS COMMITTEE, | ) |
| Defendants. | ) |

## **ORDER**

This case is pending on the Plaintiff's Motion to Amend the Complaint. The court had previously ordered the Defendants Dana Corporation and Dana Welfare Plans Committee to file a response to the Plaintiff's Motion to Amend. The Defendants have done so, but also have filed a Supplemental Motion to Dismiss Plaintiff's Complaint. Because the court prefers to address together all of the issues which have been raised and are pending in this case, in addition to the Reply brief which the Plaintiff has been given until September 26, 2005 to file, the Plaintiff should also show cause on or before **September 26, 2005**, if any there be, why the Defendants' Supplemental Motion to Dismiss Plaintiff's Complaint ought not be granted.

Done this 21st day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE