IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CIVIL ACTION NO. 2:05cv550-A |
| vs. | ) |
| | ) |
| DANA CORPORATION AND DANA | ) |
| WELFARE PLANS COMMITTEE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Defendants' supplemental Motion to Dismiss and the Plaintiff's Brief in Response, it is hereby

ORDERED that the Defendants have until October 5, 2005 to file a reply to the Plaintiff's response which addresses the argument that he has stated a breach of fiduciary duty claim under the theory that he, like other employees in the past, would have remained on disability leave with the Dana Corporation had he not been induced to sign forms for employment with Standard Motor Products.

Done this 28th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE