IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, )<br>)<br>Plaintiff, )<br>) CIVIL ACTION NO. 2:05cv550-A<br>vs. )<br>DANA CORPORATION AND DANA )<br>WELFARE PLANS COMMITTEE, )<br>)<br>Defendants. ) | |

## **ORDER**

Upon consideration of the Defendants' Supplemental Motion to Dismiss and the Plaintiff's Motion to Amend, it appears to the court that oral argument may assist the court in resolving the pending motions.

Accordingly, it is hereby ORDERED that oral argument will be held on the pending motions, on **Thursday, December 1, 2005** at **2:00 p.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Without limiting the scope of oral argument, the court is particularly interested in hearing from the parties about the following:

1. Whether it is the Plaintiff's contention that the Defendants merely retained employees who were on long term disability leave pursuant to the Asset Purchase Agreement, or whether it is his contention that, in addition to those retained consistent with the Asset Purchase Agreement, there were employees who were on short term disability leave at the time of the asset purchase who were retained by the Defendants.

    2.  The Defendants' response to the Plaintiff's contention that his state law claims are not preempted because they are similar to the claims asserted in <u>Forbus v. Sears Roebuck & Co.</u>, 30 F.3d 1402, 1407 (11th Cir. 1994).

    Done this 14th day of October, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE