IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | December 1, 2005 | AT: | 2:00 p.m. |
| DATE COMPLETED: | December 1, 2005 | AT: | 3:00 p.m. |

RONALD HANCOCK          )
                        )
vs.                     )   Case No. 2:05cv550-A
                        )
DANA CORPORATION, et al. )

APPEARANCES:

| PLAINTIFF | DEFENDANTS |
|---|---|
| Kenneth Shinbaum | Ian H. Morrison |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Elna Behrman, Courtroom Deputy |
| Lisa Harden, Law Clerk | |

COURTROOM PROCEEDINGS

(x)   **MOTION HEARING**

Hearing commences.
Defendant's attorney argues the motions.
Plaintiff's attorney argues the motions.
Defendant's attorney replies.
Plaintiff's attorney replies.
Court will take the motions under submission for determination.
Court is adjourned.