IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Ronald Hancock )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Dana Corporation and Dana Corporation )<br>Welfare Plans Committee )<br>)<br>    Defendants. )<br>) | Civil Action No.  2:05-CV-550-M |

**DEFENDANTS' MOTION FOR 1-WEEK EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendants, the Dana Corporation and the Dana Corporation Welfare Plans Committee, respectfully request that this Court grant defendants a one-week extension of time to respond to plaintiff's amended complaint, and allow defendants to file their response on or before January 19, 2006.  In support of this motion, defendants state as follows.

1.    On December 7, 2005, this Court issued an opinion and order dismissing plaintiff's complaint and denying plaintiff's motion to amend his complaint.  In that order, the Court invited plaintiff to submit an amended complaint by December 23, 2005 that conformed to the issues raised in the Court's opinion regarding plaintiff's proposed breach of fiduciary duty claim under ERISA.

2.    On December 23, 2005, plaintiff filed an amended complaint, and under the Federal Rules of Civil Procedure, defendants' response is due January 12, 2005.

3.    Counsel for defendants with primary responsibility for drafting the responsive pleading, Noah Lipschultz, was out of the office between December 21 and January 2 with his family.  In addition, during the week of January 3, defendants' counsel Ian Morrison, who is also

responsible for drafting the responsive pleading, was ill and unable to work. Furthermore, defendants' in-house counsel with responsibility for this matter has been out of work on a leave of absence, further impeding defendants' ability to draft a response.

4. For the reasons set forth above, defendants request a brief, one-week extension of time in which to respond to plaintiff's amended complaint, and request that Court allow defendants up to and including January 19, 2006 to file their response.

5. On January 9, 2006, counsel for defendants, Noah Lipschultz, spoke with plaintiff's counsel Kenneth Shinbaum, who indicated that he objected to the extension requested herein.

WHEREFORE, for the reasons set forth above, defendants respectfully request that this Court grant defendants an extension up to and including January 19, 2006 to file their response to plaintiff's amended complaint.

**DATED: January 10, 2006**              By /s Noah Lipschultz

Leslie M. Allen (ALL050)                 Ian H. Morrison (Illinois #6231153)
BALCH & BINGHAM LLP                      Noah G. Lipschultz (Illinois #6275376)
Post Office Box 306                      SEYFARTH SHAW LLP
Birmingham, AL 35201-0306                55 East Monroe St., Suite 4200
(205) 251-8100                           Chicago, Illinois 60603
(205) 226-8798 (fax)                     (312) 346-8000
                                         (312) 269-8869 (fax)

                                         *Appearing Pro Hac Vice*

**CERTIFICATE OF SERVICE**

  On January 10, 2006 the undersigned caused a true and correct copy of *Defendants' Motion for One-Week Extension of Time To Answer or Otherwise Respond*, to be filed electronically using the CM/ECF system, which will send notification of this filing to the following counsel of record:

    Kenneth Shinbaum, Esq.
    McPhillips Shinbaum, L.L.P.
    Post Office Box 64
    Montgomery, AL 36101-0064


        /s Noah Lipschultz