**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **RONALD HANCOCK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:05cv550-A** |
| | ) | |
| **DANA CORPORATION, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1.      Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on February 2, 2006 via teleconference and was attended by:

      a.      Kenneth Shinbaum, Esq. for Plaintiff Ronald Hancock.

      b.      Noah G. Lipschultz, Esq. for Defendants Dana Corporation and Dana Corporation Welfare Plans Committee.

2.      Pre-Discovery Disclosures.  The parties will exchange by February 24, 2006 the information required by Fed.R.Civ.P.26(a)(1).

3.      Discovery Plan.    The parties jointly propose to the Court the following discovery plan:

      a.      Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

      b.      Maximum of 20 requests for admission by each party to any other party.  Responses due 30 days after service.

      c.      Maximum of 8 depositions by plaintiff and 8 by defendants.

      d.      Each deposition limited to maximum of 8 hours unless extended by agreement of parties.

e.    Reports from retained experts under Rule 26(a)(2) due:

1)    from plaintiff by June 9, 2006

2)    from defendants by July 7, 2006.

f.    Non-expert discovery: defendants suggest a July 30, 2006 cutoff date, plaintiff suggest a September 25, 2006 cutoff date.

4.    <u>Other Items</u>.

a.    The parties do not request a conference with the Court before entry of the scheduling order.

b.    The parties request a pretrial conference in September 2006.

c.    Plaintiff should be allowed until April 7, 2006 to join additional parties and until April 7, 2006 to amend pleadings.

d.    Defendants should be allowed until April 7, 2006 to join additional parties and until April 7, to amend the pleadings.

e.    All potentially dispositive motions should be filed by June 23, 2006.

f.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

1)    from Plaintiff by August 25, 2006

2)    from Defendants by August 25, 2006

g.    Final lists of exhibits under Rule 26(a)(3) should be due

1)    from Plaintiff by October 9, 2006

2)    from Defendant by October 9, 2006

h.    Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

i.    The case should be ready for bench trial by November 6, 2006 and at this time is expected to take approximately 2 days.

Date:  February 3, 2006.

/s/ Kenneth Shinbaum (SHI006)
ATTORNEY FOR PLAINTIFF

OF COUNSEL:
MCPHILLIPS SHINBAUM, L.L.P.
516 S. Perry Street
Post Office Box 64 (36101-0064)
Montgomery, Alabama 36104
Telephone:  334/262-1911
Facsimile:  334/263-2321

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the court

using the CM/ECF system which will send notification of such filing to the following on this

the 3rd day of February, 2006:

Leslie M. Allen, Esq.
Balch & Bingham, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

Ian H. Morrison, Esq.
Noah G. Lipschultz, Esq.
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603

/s/ Kenneth Shinbaum
OF COUNSEL