IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:05 cv 550-A |
| ) | |
| DANA CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SUGGESTION OF PENDENCY OF
BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

PLEASE TAKE NOTICE THAT, on March 3, 2006 (the "Petition Date"), Defendant, The Dana Corporation, a named defendant in the above-captioned action (the "Defendant"), and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). As indicated by the Bankruptcy Court's order attached hereto as Exhibit A and incorporated herein by reference, the Debtors' chapter 11 cases are pending before the Honorable Burton R. Lifland and are being jointly administered by the Bankruptcy Court under Case No. 06-10354 (BRL).

PLEASE TAKE FURTHER NOTICE THAT, from and after the Petition Date, in accordance with the automatic stay imposed by operation of section 362 of the Bankruptcy Code, no cause of action arising prior to the Petition Date or relating to the period prior to the Petition Date may be commenced or prosecuted against the Debtors, and no related judgment may be entered or enforced against the Debtors, outside of the Bankruptcy Court, without the Bankruptcy Court first issuing an order lifting or modifying the automatic stay. Accordingly, the

above-captioned proceeding may not be prosecuted, and no valid judgment may be entered or enforced, against the Debtor Defendant.

| | |
|---|---|
| **DATED: March 10, 2006.** | Respectfully submitted,<br><br>DANA CORPORATION and DANA CORPORATION WELFARE PLANS COMMITTEE<br><br>By____/s Noah Lipschultz____ |
| Leslie M. Allen (ALL050)<br>BALCH & BINGHAM LLP<br>Post Office Box 306<br>Birmingham, AL 35201-0306<br>(205) 251-8100<br>(205) 226-8798 (fax) | Ian H. Morrison (Illinois #6231153)<br>Noah G. Lipschultz (Illinois #6275376)<br>SEYFARTH SHAW LLP<br>55 East Monroe St., Suite 4200<br>Chicago, Illinois 60603<br>(312) 346-8000<br>(312) 269-8869 (fax) |

## CERTIFICATE OF SERVICE

      On March 10, 2006 the undersigned caused a true and correct copy of *Notice Of Suggestion Of Pendency Of Bankruptcy And Automatic Stay Of Proceedings* to be filed electronically using the CM/ECF system, which will send notification of this filing to the following counsel of record:

      Kenneth Shinbaum, Esq.
      McPhillips Shinbaum, L.L.P.
      Post Office Box 64
      Montgomery, AL 36101-0064


                /s Noah Lipschultz

CH1 11032265.1