**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In re	:
:
Dana Corporation,	:	Chapter 11
a Virginia corporation,	:	Case No. 06-10354 (BRL)
:
        Debtor.	:
:
---------------------------------------------------------x
:
In re	:
:
Dakota New York Corp.,	:	Chapter 11
a New York corporation,	:	Case No. 06-10351 (BRL)
:
        Debtor.	:
:
---------------------------------------------------------x
:
In re	:
:
Brake Systems, Inc.,	:	Chapter 11
a Delaware corporation,	:	Case No. 06-10355 (BRL)
:
        Debtor.	:
:
---------------------------------------------------------x
:
In re	:
:
BWDAC, Inc.,	:	Chapter 11
a Delaware corporation,	:	Case No. 06-10357 (BRL)
:
        Debtor.	:
:
---------------------------------------------------------x

NYI-2248835v1

```
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Coupled Products, Inc.,                              :    Chapter 11
a Virginia corporation,                              :    Case No. 06-10359 (BRL)
                                                     :
                Debtor.                              :
                                                     :
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Dana Atlantic LLC,                                   :    Chapter 11
a Delaware limited liability company,                :    Case No. 06-10360 (BRL)
                                                     :
                Debtor.                              :
                                                     :
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Dana Automotive Aftermarket, Inc.,                   :    Chapter 11
a Delaware corporation,                              :    Case No. 06-10362 (BRL)
                                                     :
                Debtor.                              :
                                                     :
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Dana Brazil Holdings I LLC,                          :    Chapter 11
a Virginia limited liability company,                :    Case No. 06-10363 (BRL)
                                                     :
                Debtor.                              :
                                                     :
-----------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Dana Brazil Holdings LLC,                             :   Chapter 11
a Delaware limited liability company,                 :   Case No. 06-10364 (BRL)
                                                      :
              Debtor.                                 :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Dana Information Technology LLC,                      :   Chapter 11
a Delaware limited liability company,                 :   Case No. 06-10365 (BRL)
                                                      :
              Debtor.                                 :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Dana International Finance, Inc.,                     :   Chapter 11
a Delaware corporation,                               :   Case No. 06-10366 (BRL)
                                                      :
              Debtor.                                 :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Dana International Holdings, Inc.,                    :   Chapter 11
a Delaware corporation,                               :   Case No. 06-10367 (BRL)
                                                      :
              Debtor.                                 :
                                                      :
------------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Dana Risk Management Services, Inc.,                  :   Chapter 11
an Ohio corporation,                                  :   Case No. 06-10368 (BRL)
                                                      :
               Debtor.                                :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Dana Technology Inc.,                                 :   Chapter 11
a Michigan corporation,                               :   Case No. 06-10369 (BRL)
                                                      :
               Debtor.                                :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Dana World Trade Corporation,                         :   Chapter 11
a Delaware corporation,                               :   Case No. 06-10370 (BRL)
                                                      :
               Debtor.                                :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Dandorr L.L.C.,                                       :   Chapter 11
a Delaware limited liability company,                 :   Case No. 06-10371(BRL)
                                                      :
               Debtor.                                :
                                                      :
------------------------------------------------------x
```

```
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :
Dorr Leasing Corporation,                                :   Chapter 11
a Delaware corporation,                                  :   Case No. 06-10372 (BRL)
                                                         :
                Debtor.                                  :
                                                         :
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :
DTF Trucking, Inc.,                                      :   Chapter 11
a Delaware corporation,                                  :   Case No. 06-10373 (BRL)
                                                         :
                Debtor.                                  :
                                                         :
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :
Echlin-Ponce, Inc.,                                      :   Chapter 11
a Delaware corporation,                                  :   Case No. 06-10374 (BRL)
                                                         :
                Debtor.                                  :
                                                         :
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :
EFMG LLC,                                                :   Chapter 11
a Virginia limited liability company,                    :   Case No. 06-10375 (BRL)
                                                         :
                Debtor.                                  :
                                                         :
---------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
EPE, Inc.,                                           :   Chapter 11
a California corporation,                            :   Case No. 06-10376 (BRL)
                                                     :
               Debtor.                               :
                                                     :
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
ERS LLC,                                             :   Chapter 11
a Virginia limited liability company,                :   Case No. 06-10377 (BRL)
                                                     :
               Debtor.                               :
                                                     :
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Flight Operations, Inc.,                             :   Chapter 11
a Delaware corporation,                              :   Case No. 06-10378 (BRL)
                                                     :
               Debtor.                               :
                                                     :
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Friction Inc.,                                       :   Chapter 11
a Delaware corporation,                              :   Case No. 06-10379 (BRL)
                                                     :
               Debtor.                               :
                                                     :
-----------------------------------------------------x
```

```
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :
Friction Materials, Inc.,                                :   Chapter 11
a Massachusetts corporation,                             :   Case No. 06-10380 (BRL)
                                                         :
                Debtor.                                  :
                                                         :
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :
Glacier Vandervell Inc.,                                 :   Chapter 11
a Michigan corporation,                                  :   Case No. 06-10381 (BRL)
                                                         :
                Debtor.                                  :
                                                         :
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :
Hose & Tubing Products, Inc.,                            :   Chapter 11
a Virginia corporation,                                  :   Case No. 06-10382 (BRL)
                                                         :
                Debtor.                                  :
                                                         :
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :
Lipe Corporation,                                        :   Chapter 11
a Delaware corporation,                                  :   Case No. 06-10383 (BRL)
                                                         :
                Debtor.                                  :
                                                         :
---------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Long Automotive LLC,                                 :    Chapter 11
a Virginia limited liability company,                :    Case No. 06-10384 (BRL)
                                                     :
               Debtor.                               :
                                                     :
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Long Cooling LLC,                                    :    Chapter 11
a Virginia limited liability company,                :    Case No. 06-10385 (BRL)
                                                     :
               Debtor.                               :
                                                     :
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Long USA LLC,                                        :    Chapter 11
a Virginia limited liability company,                :    Case No. 06-10386 (BRL)
                                                     :
               Debtor.                               :
                                                     :
-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Midland Brake, Inc.,                                 :    Chapter 11
a Delaware corporation,                              :    Case No. 06-10387 (BRL)
                                                     :
               Debtor.                               :
                                                     :
-----------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Prattville Mfg., Inc.,                                :   Chapter 11
a Delaware limited liability company,                 :   Case No. 06-10388 (BRL)
                                                      :
            Debtor.                                   :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Reinz Wisconsin Gasket LLC,                           :   Chapter 11
a Delaware limited liability company,                 :   Case No. 06-10390 (BRL)
                                                      :
            Debtor.                                   :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Spicer Heavy Axle & Brake, Inc.,                      :   Chapter 11
a Michigan corporation,                               :   Case No. 06-10391 (BRL)
                                                      :
            Debtor.                                   :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Spicer Heavy Axle Holdings, Inc.,                     :   Chapter 11
a Michigan corporation,                               :   Case No. 06-10392 (BRL)
                                                      :
            Debtor.                                   :
                                                      :
------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :
Spicer Outdoor Power Equipment Components                  :   Chapter 11
LLC, an Ohio limited liability company,                    :   Case No. 06-10393 (BRL)
                                                           :
                Debtor.                                    :
                                                           :
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :
Torque-Traction Integration Technologies,                  :   Chapter 11
LLC, a Delaware limited liability company,                 :   Case No. 06-10394 (BRL)
                                                           :
                Debtor.                                    :
                                                           :
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :
Torque-Traction Manufacturing Technologies,                :   Chapter 11
LLC, a Delaware limited liability company,                 :   Case No. 06-10395 (BRL)
                                                           :
                Debtor.                                    :
                                                           :
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :
Torque-Traction Technologies, LLC,                         :   Chapter 11
a Delaware limited liability company,                      :   Case No. 06-10396 (BRL)
                                                           :
                Debtor.                                    :
                                                           :
-----------------------------------------------------------x
```

```
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :
United Brake Systems Inc.,                                  :    Chapter 11
a Delaware corporation,                                     :    Case No. 06-10397(BRL)
                                                            :
                    Debtor.                                 :
                                                            :
------------------------------------------------------------x
```

## ORDER, PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the Motion of Debtors and Debtors in Possession, Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, for an Order Directing the Joint Administration of Their Chapter 11 Cases (the "Motion"),[1] filed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"); the Court having reviewed the Motion and the Affidavit of Michael J. Burns filed in support of the Debtors' first day papers (the "Affidavit") and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances and (d) in light of the circumstances, the requirements of Local Bankruptcy Rule 9013-1(b) that a separate memorandum of law be filed in support of the Motion is waived; and the Court having determined that the legal and factual bases set forth in the Motion and the Affidavit and at the Hearing establish just cause for the relief granted herein;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned chapter 11 cases.

4. The caption of the jointly administered chapter 11 cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                        :    Chapter 11
                                                             :
Dana Corporation, *et al.*,                                  :    Case No. 06-10354 (BRL)
                                                             :
         Debtors.                                            :    (Jointly Administered)

------------------------------------------------------------x

5. A notation substantially similar to the following notation shall be entered on the docket of each of the Debtors' cases to reflect the joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Dana Corporation and its direct and indirect debtor subsidiaries. The docket in Chapter 11 Case No. 06-10354 (BRL) should be consulted for all matters affecting this case.

6. The Debtors are hereby authorized to file the monthly operating reports required by the Operating Guidelines and Financial Reporting Requirements promulgated by the U.S. Trustee on a consolidated basis if the Debtors determine, after consultation with the

U.S. Trustee, that consolidated reports would further administrative economy and efficiency without prejudice to any party in interest and that the reports would accurately reflect the Debtors' consolidated business operations and financial affairs.

Dated: New York, New York
      March 3, 2006

/s/Burton R. Lifland_____
UNITED STATES BANKRUPTCY JUDGE