IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD HANCOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv550-WHA |
| | ) | |
| DANA CORPORATION, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER**

Upon consideration of the Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings (Doc. #38), filed on March 10, 2006, it is

ORDERED that any opposing party shall show cause, if any there be, **on or before March 23**, **2006** why the attached order should not be entered. If no response is filed, the order will be entered on that date.

DONE this 13th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv550-A |
| DANA CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

The Defendant, Dana Corporation, having filed a Petition in Bankruptcy, it is the ORDER, JUDGMENT, and DECREE of the court:

1. That this case is DISMISSED without prejudice to the right of any party to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2. That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;

3. That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and

4. That each party shall bear its own costs herein.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

DONE this _____ day of March, 2006.

_____
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE